INGRAHAM, Respondent, v. MORRIS & CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1914.) Action by John L. Ingraham against Morris & Co. No opinion. Judgment and order denying motion for new trial upon the minutes of the court affirmed, with costs. Order denying motion for new trial on the ground of newly discovered evidence affirmed, without costs.

In re INTERBORO RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. December 24, 1914.) In the matter of the Interboro Rapid Transit Company; Eighth Avenue and 162d Street Connection. No opinion. Motion granted. Settle order on notice. See, also, 149 N. Y. Supp. 1088.

INTERNATIONAL TEXT-BOOK CO., Appellant, v. HOCKEBORN, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 18, 1914.) Action by the International Text-Book Company against Paul F. Hockeborn. No opinion. Judgment affirmed, with costs.

JACKSON, Respondent, v. McLEAN, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Elizabeth H. Jackson against Embury McLean.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with costs.

BURR, J., dissents, on the ground that there is no proof that defendant does not know plaintiff's residence. The affidavit is by his attorney.

JACOBSON v. JACOBSON. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Anna Jacobson against Ignatz Jacobson in which Max Brown appeals. M. Brown, of New York City, for appellant. R. Tally, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JAMES C. McGUIRE & CO. v. H. G. VOGEL CO. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by James C. McGuire & Co. against the H. G. Vogel Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 756.

In re JAQUISH. (Supreme Court, Appellate Division, Third Department. November 25, 1914.) In the matter of the application of George L. Jaquish for an order to punish for contempt George W. Kelly and others for alleged violation of an injunction contained in a final judgment entered in Delaware county clerk's office May 11, 1912. In the action in the Supreme Court entitled George L. Jaquish, Plaintiff, v. George W. Kelly and Others, De-

fendants. No opinion. Motion denied. See, also, 155 App. Div. 884, 139 N. Y. Supp. 1128; 147 N. Y. Supp. 1118.

JONES, Appellant, v. SANDIFORD, Respondent. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by Gertrude M. Jones against Richard Sandiford. No opinion. Judgment unanimously affirmed, with costs.

KANNER, Respondent, v. UNITED STEEL ERECTION CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Louisa A. Kanner, as administratrix, etc., against the United Steel Erection Company and another. No opinion. Appeal dismissed, without costs, upon stipulation filed.

KARLSSON, Appellant, v. GILBERT & BENNETT MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by Erik L. Karlsson against the Gilbert & Bennett Manufacturing Company. No opinion. Judgment unanimously affirmed, with costs.

KAUFMAN COSTUME CO. v. KAUFMAN GOWN CO. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by the Kaufman Costume Company against the Kaufman Gown Company. No. opinion. Motion granted; question certified; order filed. See, also, 149 N. Y. Supp. 1089.

KEENAN, Respondent, v. MILK, Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Frank Keenan against Alexander Milk. No opinion. Order affirmed, with $10 costs and disbursements.

KELLY, Respondent, v. BAKER, SMITH & CO., Appellants. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Delia Kelly, as administratrix, etc., against Baker, Smith & Co. E. P. Mowton, of New York City, for appellants. E. S. Merrill, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM, P. J., and HOTCHKISS, J., dissent, upon the ground that plaintiff's intestate voluntarily placed himself in the immediate neighborhood of the scaffold, against the protest of defendants' employés, and thereby voluntarily assumed any risk because of the condition of the scaffold or anything falling from it. Order filed.

KENNEDY v. FLYNN et al. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Michael J. Kennedy, as executor, etc., against Patrick H. Flynn and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. The order cannot be sustained